# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH McKINNEY

NO. 2023 KW 0488

**JULY 28, 2023**

---

In Re:     Joseph McKinney, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           32975.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

**WRIT DENIED.**

> GH
> WRC
> AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT